UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-02639-SPG-AGR | Date | May 26, 2026 |
|---|---|---|---|
| Title | Gerry Abacherli v. Delta Air Lines, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

The Court's Order Setting Scheduling Conference directed the parties to file their Schedule of Pretrial and Trial Dates Worksheet with their Joint Rule 26(f) Report on or before May 13, 2026. *See* (ECF No. 10). On May 19, 2026, the parties filed their Joint Rule 26(f) Report but did not submit their Schedule of Pretrial and Trial Dates Worksheet. *See* (ECF No. 12). The Court therefore ordered the parties to do so on or before May 25, 2026. *See* (ECF No. 12). To date, the parties have not done so. Therefore, the parties are ordered to show cause, in writing, on or before May 29, 2026, why the Court should not impose sanctions up to and including dismissal of this case for lack of prosecution. Failure to file a response shall be deemed consent to dismissal.

**IT IS SO ORDERED.**

                                                                                        :

                                        Initials of Preparer    pg